UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
DEC - 2 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

THE UNITED STATES OF AMERICA,

    Plaintiff,    CRIMINAL NO. 15-cr-20577

v.

            HON. BERNARD A. FRIEDMAN

HERBERT BERNARD JOHNSON,

    Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously find as to defendant HERBERT BERNARD JOHNSON:

### COUNT ONE

As to **Count One** of the Second Superseding Indictment, which charges attempted coercion and enticement of a minor, we the Jury, find the Defendant:

☐ Not Guilty

☒ Guilty

## COUNT TWO

As to **Count Two** of the Second Superseding Indictment, which charges travel with the intent to engage in illicit sexual activity, we the Jury, find the Defendant

☐ Not Guilty

☒ Guilty

## COUNT THREE

*Question No. 1*

As to **Count Three** of the Second Superseding Indictment, which charges transportation of child pornography, we the Jury, find the Defendant

☒ Not Guilty

☐ Guilty

*Note: If your finding under Count Three, Question No. 1 was "Guilty," you need not consider Question No. 2.*

*If your finding under Count Three, Question No. 1 was "Not Guilty," or you could not reach a unanimous finding regarding Count Three, Question No. 1, then you must answer Question No. 2, below, which asks you to consider whether Defendant Herbert Bernard Johnson is guilty of the lesser included offense of possession of child pornography.*

*Question No. 2*

As to **Count Four** of the Second Superseding Indictment—Lesser-Included Offense, possession of child pornography, we the Jury, find the Defendant

☐ Not Guilty

☒ Guilty

S/ Jury Foreperson

12/2/16
DATE

43